**Ronald R. BRUNSON, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 04–3308.**

United States Court of Appeals, Federal Circuit.

Oct. 5, 2004.

CLEVENGER, Circuit Judge.

*ORDER*

Ronald R. Brunson moves for reconsideration of the court's July 6, 2004 order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination. The Department of Justice opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

---

Brunson's brief is due within 30 days of the date of filing of this order.